UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| WEB 2.0 TECHNOLOGIES, INC., and PENNAR SOFTWARE CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>WORKFRONT INC.,<br><br>    Defendant. | Case No.: 1:23-cv-00104-MN<br><br>Honorable Maryellen Noreika |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Web 2.0 Technologies, Inc. and Pennar Software Corporation (collectively, "the Plaintiffs") have agreed to dismiss their claims and causes of action against Workfront Inc. ("Workfront").

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiffs and Workfront, that this action is hereby dismissed with prejudice. Accordingly, each party agrees that it shall bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| Dated: January 12, 2024 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Timothy Devlin* <br> Timothy Devlin (DE No. 4241) <br> tdevlin@devlinlawfirm.com <br> 1526 Gilpin Ave. <br> Wilmington, Delaware 19806 <br> Telephone: (302) 449-9010 <br> Facsimile: (302) 353-4251 <br><br> *Attorneys for Plaintiffs* <br> *Web 2.0 Technologies, Inc. and Pennar Software Corporation* | */s/ Winston Liaw* <br> Brian P. Egan (#6227) <br> Cameron P. Clark (#6647) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> began@morrisnichols.com <br> cclark@morrisnichols.com <br><br> OF COUNSEL: <br> James L. Day <br> Eugene Y. Mar <br> Winston Liaw <br> Thomas J. Pardini <br> Victoria C. Huang <br> FARELLA BRAUN + MARTEL LLP <br> One Bush Street, Suite 900 <br> San Francisco, CA 94104 <br> Telephone: (415) 954-4400 <br><br> *Attorneys for Defendant Workfront Inc.* |