UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| WEB 2.0 TECHNOLOGIES, INC., and PENNAR SOFTWARE CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>WORKFRONT INC.,<br><br>Defendant. | Case No.: 1:23-cv-00104-MN<br><br>Honorable Maryellen Noreika |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Web 2.0 Technologies, Inc. and Pennar Software Corporation (collectively, "the Plaintiffs") have agreed to dismiss their claims and causes of action against Workfront Inc. ("Workfront").

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiffs and Workfront, that this action is hereby dismissed with prejudice. Accordingly, each party agrees that it shall bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| Dated: January 12, 2024 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

/s/ Timothy Devlin
Timothy Devlin (DE No. 4241)
tdevlin@devlinlawfirm.com
1526 Gilpin Ave.
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiffs*
*Web 2.0 Technologies, Inc. and Pennar Software Corporation*

/s/ Winston Liaw
Brian P. Egan (#6227)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com
cclark@morrisnichols.com

OF COUNSEL:
James L. Day
Eugene Y. Mar
Winston Liaw
Thomas J. Pardini
Victoria C. Huang
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400

*Attorneys for Defendant Workfront Inc.*

IT IS HEREBY ORDERED this __12TH__ day of __January__, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE